Connie J. SCHMIDT; et al.,
Defendants—Appellants,

v.

UNITED STATES, Plaintiff—Cross-defendant—Appellee.

No. 03–16351.

United States Court of Appeals,
Ninth Circuit.

Submitted May 10, 2004.[*]

Decided May 19, 2004.

Connie J. Schmidt, Fair Oaks, CA, pro se.

Lonnie G. Schmidt, Fair Oaks, CA, pro se.

Daniel G. Schmidt, Fair Oaks, CA, pro se.

Donna J. Maria, Fair Oaks, CA, pro se.

Deborah A. Manzer, Fair Oaks, CA, pro se.

Clifford B. Malone, Jr., Esq., Walnut Creek, CA, for Defendant–cross–claimants.

Rex K. Lee, Attorney, U.S. Department of Justice, Laurie A. Snyder, Attorney, Richard Farber, Esq., David E. Carmack, Esq., U.S. Department of Justice, Washington, DC, for Plaintiff–cross–defendant–Appellee.

Before: CANBY, KOZINSKI, and PAEZ, Circuit Judges.

MEMORANDUM [**]

Connie J. and Lonnie G. Schmidt, and their three children, appeal pro se the district court's judgment in favor of the United States in the government's action to reduce federal tax assessments to judgment and to foreclose federal tax liens pursuant to 26 U.S.C. §§ 7402 and 7403. We affirm for the reasons set forth in the district court's May 30, 2003 order granting summary judgment, and its July 16, 2003 order denying the Schmidts' Motion to Vacate Judgment and overruling their objections to the proposed Order of Judicial Sale.

[*] The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Appellants' remaining contentions lack merit.

**AFFIRMED.**

\*\* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.